ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
RYAN T. GILLE
Deputy Attorney General
State Bar No. 262105
DANIEL KRASIEV-DVORNIKOV,
State Bar No. 352909
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-4454
Fax:  (415) 703-5843
E-mail:  Ryan.Gille@doj.ca.gov

*Attorneys for Defendants*
*G.G. Lopez and D. Ignacio*

CHAO "WENDY" WANG (SBN 289325)
wendy.wang@bakerbotts.com
BRIANNA POTTER (SBN 336040)
brianna.potter@bakerbotts.com
CARMEN ALVARADO-HERNANDEZ
(SBN 359309)
carmen.alvarado@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Bldg. 1, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7500

MATTHEW J. JACOBS (SBN 171149)
matt.jacobs@bakerbotts.com
ALISON KAROL SIGURDSSON (SBN 308043)
alison.sigurdsson@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200

*Counsel for Plaintiff*
*Michael McCurty*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MICHAEL MCCURTY,**<br><br>                              Plaintiff,<br><br>          **v.**<br><br>**G. LOPEZ, et al.,**<br><br>                              Defendants. | 4:21-cv-04600-YGR<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>Judge:        The Honorable Yvonne Gonzalez Rogers<br>Trial Date:    N/A<br>Action Filed: June 15, 2021 |

Plaintiff Michael McCurty and Defendants G.G. Lopez and D. Ignacio, by and through their attorneys of record, have resolved this case in its entirety.  Accordingly, the parties stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the voluntary dismissal of this entire action with prejudice.

///

1

Each party is to bear their own costs, fees, and expenses.  There is no prevailing party in this action.

**IT IS SO STIPULATED**.


Dated:     June 25, 2026                          */s/ Chao "Wendy" Wang*
                                                  Chao "Wendy" Wang
                                                  Baker Botts LLP
                                                  *Attorneys for Plaintiff*
                                                  *Michael McCurty*


Dated:     June 25, 2026                          */s/ Ryan T. Gille*
                                                  Ryan T. Gille
                                                  Deputy Attorney General
                                                  *Attorney for Defendants*
                                                  *G.G. Lopez and D. Ignacio*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1 (h)(3), I hereby attest that the content of this document is acceptable to Ryan Gille, Counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: June 25, 2026                                      Respectfully submitted,

                                                          */s/ Chao "Wendy" Wang*
                                                          Chao "Wendy" Wang



June 29, 2026

APPROVED

Judge Yvonne Gonzalez Rogers

3